UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


CHARLES EDWARD DYE                                         CIVIL ACTION

VERSUS

MICHAEL J. ASTRUE,                                          NO.: 13-00220-BAJ-SCR
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION


## RULING AND ORDER

On January 9, 2015, United States Magistrate Judge Stephen C. Riedlinger issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the Court affirm the Commissioner of the Social Security Administration's decision redetermining that Plaintiff Charles Edward Dye ("Dye") is not entitled to disability benefits and/or supplemental security income, and dismissing Dye's appeal. **(Doc. 16.)**

The Magistrate Judge's Report and Recommendation specifically notified Dye that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he was served with the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. **(Doc. 16**, p. 1.) A review of the record indicates that Dye failed to submit written objections.

Having carefully considered the Magistrate Judge's Report and Recommendation, the record, and the applicable law, the Court concludes that the

Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 16)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Commissioner of the Social Security Administration's decision redetermining that Plaintiff Charles Edward Dye is not entitled to disability benefits and/or supplemental security income is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED**, with prejudice.

Baton Rouge, Louisiana, this _28th_ day of January, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**